UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X   Docket No.: 1:23-cv-00818-BKS-DJS

MARILYN RIVERS,

                Plaintiff,

    -against-                                        **STIPULATION OF DISMISSAL
                                                              WITH PREJUDICE**

CITY OF SARATOGA SPRINGS, NEW YORK;
MAYOR RON KIM, individually, and in his official
capacity, and COMMISSIONER JAMES
MONTAGNINO, individually, and in is official capacity,

                Defendants.
------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no person not a party has an interest in the subject matter of the action hereby is dismissed, with prejudice, as against all Defendants, without costs, disbursements, or counsel fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that the signatures appearing below will be deemed to be originals and that the within Stipulation maybe signed in counterparts and filed without further notice.

Dated:    White Plains, New York
             April 5
             _____, 2024

_____         _____
Benjamin W. Hill, Esq.                                     Eliza M. Scheibel, Esq.
CAPEZZA HILL, LLP                                    WILSON ELSER MOSKOWITZ
*Attorneys for Plaintiff*                                      EDELMAN & DICKER LLP
30 South Pearl St. P-110                             *Attorneys for Defendants*
Albany, NY 12207                                          1133 Westchester Avenue
(518) 478-6065                                              White Plains, NY 10604
ben@capezzahill.com                                (914) 323-7000
                                                                   eliza.scheibel@wilsonelser.com
IT IS SO ORDERED:                               Our File No.: 00295.12891

_____
Brenda K. Sannes
Chief U.S. District Judge

Dated: April 8, 2024
        Syracuse, NY